UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**MICHAEL BRENT ROMERO**  CASE NO. 6:18-CV-00202

**VERSUS**  JUDGE ROBERT G. JAMES

**SOCIAL SECURITY COMMISSIONER
OF SOCIAL SECURITY**

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED and this matter is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

SIGNED the 5th day of August, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE